**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JOE HAND PROMOTIONS, INC.,
          Plaintiff(s),

vs.

DALIA DILLION-PENDELL and KLYMAXX
LOUNGE & EATERY LLC d/b/a
KLYMAXX LOUNGE,
          Defendant(s).

CIVIL ACTION FILE

NO.  1:18-cv-03737-AT

## DEFAULT  JUDGMENT

The defendants DALIA DILLION-PENDELL and KLYMAXX LOUNGE & EATERY LLC d/b/a KLYMAXX LOUNGE, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg, United States District Judge, by order of April 30th, 2019, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiff JOE HAND PROMOTIONS, INC., recover from the defendants DALIA DILLION-PENDELL and KLYMAXX LOUNGE & EATERY LLC d/b/a KLYMAXX LOUNGE, the amount of $10,687.50.

Dated at Atlanta, Georgia this 30th day of April, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Brittany Poley
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 30, 2019
James N. Hatten
Clerk of Court

By:   s/Brittany Poley
       Deputy Clerk